# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 13-62588-MGD |
| ) | |
| TRADE AM INTERNATIONAL, INC., ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| S. GREGORY HAYS ) | |
| CHAPTER 7 TRUSTEE FOR THE ESTATE ) | |
| OF TRADE AM INTERNATIONAL, INC., ) | |
| ) | Adversary Proceeding |
| Plaintiff, ) | No.  14-05282 |
| ) | |
| VS. ) | |
| ) | |
| JUPITER IL, LLC, DEUTSCHE BANK AG, ) | |
| Cayman Islands Branch, ) | |
| CRATOS CLO I LTD., ) | |
| AJAY LOIWAL, HOLLAND, JOHNS ) | |
| & PENNY, L.L.P., and ) | |
| MARGARET HOLLLAND, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff S. Gregory Hays, Chapter 7 Trustee for the Estate of Trade Am International, Inc. ("Plaintiff"), and Defendants Jupiter IL, LLC, Deutsche Bank AG, Cayman Islands Branch, Cratos CLO I Ltd. n/k/a JMP Credit Advisors CLO I Ltd., Ajay Loiwal, Holland, Johns & Penny, L.L.P. f/k/a Holland Johns and Schwartz LLP, and Margaret Holland (collectively, the "Defendants"), and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure as made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure by and through the signatures of the undersigned counsel for the Plaintiff

7800765v1

and Defendants, hereby file this *Stipulation of Dismissal With Prejudice* of all claims asserted by Plaintiff against the Defendants.

Respectfully submitted, this 30th day of June 2015.

*/s/ Sean C. Kulka*
Sean C. Kulka (GA Bar No. 648919)
ARNALL GOLDEN GREGORY LLP
171 17th Street, N.W., Suite 2100
Atlanta, GA 30363
(404) 873-8500
sean.kulka@agg.com

*Counsel to Plaintiff S. Gregory Hays*

*/s/ William L. Rothschild*
William L. Rothschild (GA Bar No. 616150)
(with express permission on June 30, 2015)
OGIER, ROTHSCHILD & ROSENFELD, P.C.
170 Mitchell Street, SW
Atlanta, GA 30303
(404) 525-4000
br@orratl.com

*Counsel to Defendant Jupiter IL, LLC and Ajay Loiwal*

*/s/ Gary W. Marsh*
Gary W. Marsh (GA Bar No. 471290)
(with express permission on June 30, 2015)
MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, GA 30308
(404) 527-4117
gmarsh@mckennalong.com

*Counsel to Cratos CLO I Ltd. n/k/a JMP Credit Advisors CLO I Ltd.*

*/s/ Michael J. King*
Michael J. King (GA Bar No. 421160)
(with express permission on June 30, 2015)
John D. Elrod (GA Bar No. 246604)
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
(678) 553-2100
kingm@gtlaw.com
elrodj@gtlaw.com

*Counsel to Deutsche Bank AG*

*/s/ Andy Eaton*
Andy Eaton (GA Bar No. 558940)
(with express permission on June 30, 2015)
LEWIS BRISBOIS BISGAARD & SMITH LLP
1180 Peachtree Street, N.E., Suite 2900
Atlanta, GA 30309
(404) 991-2153
Andy.Eaton@lewisbrisbois.com

*Counsel to Defendants Holland, Johns & Penny, L.L.P. and Margaret Holland*

## CERTIFICATE OF SERVICE

   The undersigned certifies that on June 30, 2015, the foregoing *Stipulation of Dismissal With Prejudice* was electronically filed using the CM/ECF system, which will automatically notify the following counsel of record in this matter of the filing:

Bill Rothschild
OGIER, ROTHSCHILD & ROSENFELD, P.C.
170 Mitchell Street, SW
Atlanta, GA 30303
(404) 525-4000
br@orratl.com

*Counsel to Defendant Jupiter IL, LLC and Ajay Loiwal*

Andy Eaton
LEWIS BRISBOIS BISGAARD & SMITH LLP
1180 Peachtree Street, N.E., Suite 2900
Atlanta, GA 30309
(404) 991-2153
Andy.Eaton@lewisbrisbois.com

*Counsel to Defendants Holland, Johns & Penny, L.L.P. and Margaret Holland*

Gary W. Marsh
MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, GA 30308
(404) 527-4117
gmarsh@mckennalong.com

*Counsel to Cratos CLO I Ltd.*

Michael J. King
John D. Elrod
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
(678) 553-2100
kingm@gtlaw.com
elrodj@gtlaw.com

*Counsel to Deutsche Bank AG*

    /s/ *Sean C. Kulka*
    Sean C. Kulka
    Georgia Bar No. 648919
    171 17th Street, N.W., Suite 2100
    Atlanta, GA 30363